

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,714-02

**EX PARTE CAVU MANGUM, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 02-3-6531-A IN THE 24TH DISTRICT COURT
### FROM JACKSON COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of theft of money between $1,500 and $20,000 and sentenced to ten years' imprisonment. He did not appeal his conviction.

After a remand, the trial court determined that Applicant was entitled to relief. However, Applicant discharged this sentence while the writ was pending on remand. Applicant is no longer "restrained in his liberty" by this conviction. TEX. CODE CRIM. PROC. art. 11.01. He has not alleged that he suffers any collateral consequences from this conviction. TEX. CODE CRIM. PROC. art. 11.07

§ 3(c). Accordingly, this habeas corpus application is dismissed.

Filed: May 8, 2019
Do not publish